# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2665
Lower Tribunal No. 2024-CF-008324

———————————————

MICHAEL ANTONIO SEAWRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and PRATT, JJ., concur.


Blair Allen, Public Defender, and Deana K. Marshall, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED